IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

MAY 26 2020

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-cr-119 |
| v. | ) |
| | ) 18 U.S.C. § 2252(a)(4)(B) |
| JAMES B. CLAWSON, SR. | ) (Possession of Child Pornography) |
| | ) |
| *Defendant.* | ) Forfeiture Notice |

## INDICTMENT

May 2020 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

From on or about April 8, 2019, to on or about July 24, 2019, at or near Alexandria, Virginia, in the Eastern District of Virginia, the defendant, JAMES B. CLAWSON, SR., knowingly possessed matter, that is, a PNY thumb drive, which contained a visual depiction of a minor engaging in sexually explicit conduct, the producing of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was shipped and transported using any means and facility of interstate and foreign commerce, and which was produced using materials which had been mailed and so transported, by any means including by computer.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

### PRIOR CONVICTION ALLEGATION

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that prior to committing the offense charged in the sole count of this Indictment, the defendant was convicted under chapter 110 of Title 18 of the United States Code; that is, the defendant was convicted in the United States District Court for the Eastern District of Virginia, on October 16, 2009, in Case

No. 1:09-cr-367, of distribution of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2).

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS that there is probable cause that the property described below is subject to forfeiture.

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant is hereby notified that, if he is convicted of the offense charged in the sole Count of this Indictment, he shall forfeit to the United States his interest in:

1. any visual depiction of a minor engaging in sexually explicit conduct, the production of which involved the use of a minor engaged in sexually explicit conduct;

2. any property, real or personal, constituting or traceable to gross profits or proceeds obtained from the offense; and

3. any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, and any property traceable to such property.

The property subject to forfeiture includes, but is not limited to, one (1) PNY thumb drive.

(In accordance with 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(a).)

A TRUE BILL

*Pursuant to the E-Government Act,, The original of this page has been filed under seal in the Clerk's Office*

FOREPERSON

G. Zachary Terwilliger
United States Attorney

By: _/s/ Seth Schlessinger_
William G. Clayman
Special Assistant United States Attorney (LT)

Seth M. Schlessinger
Assistant United States Attorney

2