IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:20-CR-119 |
| v. | Hon. Rossie D. Alston, Jr. |
| JAMES B. CLAWSON, SR., | Trial: August 23, 2021 |
| *Defendant*. | |

## FOURTH JOINT STATEMENT OF POSITION REGARDING POTENTIAL JURORS

The United States of America, through Raj Parekh, Acting U.S. Attorney for the Eastern District of Virginia, Seth M. Schlessinger, Assistant U.S. Attorney, and William G. Clayman, Special Assistant U.S. Attorney (LT), and the defendant, James B. Clawson, Sr., through counsel, hereby file this third joint statement of position with respect to certain potential jurors whose questionnaires have been completed and forwarded to the parties since the parties filed their second joint statement of position regarding potential jurors [Dkt. 91]:

Potential Juror 29: Both parties request that this potential juror be excused for cause.

Potential Juror 2: The defendant, but not the government, requests that this potential juror be excused for cause.

Respectfully submitted

JAMES B. CLAWSON, SR.
By Counsel

/s/ _____
Nina J. Ginsberg, Esquire
VSB # 19472
Attorney for Defendant
DiMuroGinsberg, P.C.
1101 King Street, Suite 610

Alexandria, VA 22314  
Phone: 703-684-4333  
Fax: 703-548-3181  
nginsberg@dimuro.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 12th day of August, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/ _____  
Nina J. Ginsberg, Esquire